FRANKLIN MORTGAGE AND TITLE INSURANCE CO., respondent,

*v.*

JAMES BAUMAN et al., appellants.

[Submitted February 13th, 1948.  Decided May 13th, 1948.]

*Messrs. Chandless, Weller, Kramer & Frank (Mr. Ralph W. Chandless,* of counsel), for the appellants.

*Mr. Elmer O. Goodwin,* for the respondent.

PER CURIAM.

The order appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Grimshaw, and reported at *140 N. J. Eq. 503.*

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ.   13.

*For reversal*—None.